# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| DIONDRAE WILLIAMS, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO.  5:17-CV-00089-RWS |
| v. | § § | |
| ROONEY TRUCKING, INC., | § § | **LEAD CASE** |
| Defendant. | § § § | |
| | | |
| ALMA DELIA ATRIZCO-ALVARAEZ., | § § § | CIVIL ACTION NO.  5:17-CV-00114-RWS |
| Plaintiff, | § § | |
| v. | § § | |
| ROONEY TRUCKING, INC., ET AL., | § § § | |
| Defendants. | § § | |
| | | |
| ACUITY , | § § § | CIVIL ACTION NO.  5:17-CV-00117-RWS |
| Plaintiff, | § § | |
| v. | § § | |
| CELESTE BROWN, ET AL., | § § § | |
| Defendants. | § § | |
| | | |
| CARL VAN BOWEN, CHARLA BOWEN, | § § § | CIVIL ACTION NO.  5:17-CV-00118-RWS |
| Plaintiffs, | § § | |
| v. | § § | |
| ROONEY TRUCKING, | § § § | |
| Defendant. | § § | |

## ORDER

Pursuant to the Court's orders dismissing the parties in each of the above-captioned cases, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cases are **DISMISSED**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close these cases.

**SIGNED this 17th day of July, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE